# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Pardee Excavating, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| ONEOK Rockies Midstream, LLC, | ) | Case No. 1:16-cv-003 |
| | ) | |
| Defendant. | ) | |

On February 2, 2016, plaintiff filed a "Notice of Voluntarily Dismissal."[1] Accordingly the court **ORDERS** that the above-entitled action be dismissed with prejudice and without costs to any party.

**IT IS SO ORDERED.**

Dated this 3rd day of February, 2016.

>                                      */s/ Charles S. Miller, Jr.*
>                                      Charles S. Miller, Jr., Magistrate Judge
>                                      United States District Court

---

[1] On January 19, 2016, plaintiff filed notice of its consent to the undersigned exercise of jurisdiction in this matter. (Docket No. 4).